UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VALERIE FLORES,

Plaintiff,

v.

AMBER VANG, et al.,

Defendants.

Case No. 8:26-cv-00712-MWC-PD

**ORDER ACCEPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file and the Report and Recommendation of the United States Magistrate Judge issued on July 24, 2026.

The Report and Recommendation unequivocally states the Magistrate Judge is recommending dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and that the Report and Recommendation and the accompanying notice of the right to file objections gave plaintiff notice of the fact that dismissal was imminent.

No objections to the Report and Recommendation were timely filed.

The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

DATED: September 8, 2026

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE