JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

VALERIE FLORES,

Plaintiff,

v.

AMBER VANG, et al.,

Defendants.

Case No. 8:26-cv-00712-MWC-PD

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the entire action is dismissed without prejudice.

DATED: September 8, 2026

MICHELLE WILIAMS COURT
UNITED STATES DISTRICT JUDGE